# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEPHEN DANIEL VANDERHOFF,
JR.

NO. 2021 KW 1055

**DECEMBER 20, 2021**

---

In Re:    Stephen    Daniel    Vanderhoff,    Jr.,    applying    for
          supervisory   writs,   22nd   Judicial   District   Court,
          Parish of St. Tammany, No. 538,045.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED.**

                                        **PMc**
                                        **JEW**
                                        **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT